**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1027**

WILLIE JOE WILLIAMS,

Plaintiff - Appellant,

v.

STEPHEN WELCH, In official capacity; JUDGE THOMAS L. HUGHSTON, In official capacity; FEDERAL JUDGE IN C/A NO. 06-61-16, In official capacity,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Anderson. David C. Norton, District Judge. (8:18-cv-02931-DCN)

Submitted: April 18, 2019                    Decided: April 23, 2019

Before WILKINSON, MOTZ, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Willie Joe Williams, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie Joe Williams appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2012) complaint without prejudice.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Williams v. Welch*, No. 8:18-cv-02931-DCN (D.S.C. Dec. 12, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The order is final and appealable because the district court's grounds for dismissal indicate that no amendment to the complaint could cure the defects identified in Williams' complaint. *See Goode v. Cent. Va. Legal Aid Soc'y, Inc.*, 807 F.3d 619, 623-24 (4th Cir. 2015).